No. 93–6023. CARR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–6024. BAXTER v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6026. BEASLEY v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 93–6030. PRATT v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 93–6031. GRAHAM v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–6034. REYNA v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6036. FREEMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–6037. CLAY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–6039. INGRAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6048. SEYMOUR v. MONEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–6052. ELLIS v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6053. ERVIN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6055. DUNCAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–6057. WAHI v. HERMAN. Sup. Ct. Cal. Certiorari denied.